IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 11-185 |
| | ) | (Civil No. 16-955) |
| WAYNE MCCLEAN | ) | |

## ORDER

AND NOW, to-wit, this 29th day of June, 2016, Wayne McClean having filed a Motion to Vacate and Correct Sentence Under 28 U.S.C. § 2255 [ECF 833], it is hereby ORDERED that the Government shall file a Response to the Motion by **August 11, 2016**. Defendant may file a Reply to the Government's Response no later than **September 1, 2016**.

S/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Court Judge